**Order filed October 20, 2011.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-11-00112-CV

————————

### AIDAH MUSTAPHA and GIBRILL MUSTAPHA, Appellants

### V.

### HSBC BANK, USA, Appellee

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 968686**

## O R D E R

Appellants' brief was due **April 18, 2011.** No brief or motion for extension of time was filed. Accordingly, on May 5, 2011, this court ordered appellants to file a brief by June 3, 2011, or the appeal would be dismissed for want of prosecution. On June 2, 2011, appellants requested and were granted an extension of time to file the brief until August 2, 2011. On July 29, 2011, appellants requested a further extension of time. The extension was granted until October 3, 2011, with a notation that no further extensions of time will be granted. No brief or motion for further extension has been filed.

Unless appellants file a brief, and a motion reasonably explaining why the brief was late, with the clerk of this court on or before **October 31, 2011**, the court will dismiss the appeal for want of prosecution.   *See* Tex. R. App. P. 42.3(b).

PER CURIAM